United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 09, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-34270** |
| **JONATHAN JOSEPH GEORGE,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | **CHAPTER 7** |

**ORDER
OF DISMISSAL WITH PREJUDICE
TO REFILING ANOTHER CASE FOR 180 DAYS**

The Court conducted a hearing in this case.  Based on the pleadings filed in this case, the evidence taken at the hearing and the reasons stated on the record, it is therefore:

**ORDERED** that:

1. The above-styled case is DISMISSED.
2. The Debtor is barred from filing another bankruptcy case for 180 days following entry of this Order pursuant to 11 U.S.C. § 109(g)(1).
3. Violations of this Order may be punishable by contempt.

SIGNED January 9, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge